**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:17-cv-04798-CMR |
| ) | |
| v. ) | Judge Cynthia M. Rufe |
| ) | |
| LARS HANDAGO, ) | |
| ) | |
| Defendant. ) | |

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, Lars Handago ("Defendant") through his counsel, Lee Herman, Esq.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: March 15, 2018                    Respectfully submitted,

**FOX ROTHSCHILD, LLP**

By:  /s/ *Christian Moffitt*
       Christian Moffitt, Esq. (206770)
       cmoffitt@foxrothschild.com
       Andrew W. Bonekemper, Esq. (84313)
       abonekemper@foxrothschild.com
       10 Sentry Parkway, Suite 200
       P.O. Box 3001
       Blue Bell, PA 19422-3001
       Tel.: (610) 397-6500
       Fax: (610) 397-0450
       www.foxrothschild.com
       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

> By: _/s/ Christian Moffitt_
> Christian Moffitt, Esq.